IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STONEY GLENN,

          Petitioner,

v.

STATE OF FLORIDA,

          Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5855

Opinion filed January 12, 2015.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original Jurisdiction.

Stoney Glenn, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

          The petition alleging ineffective assistance of appellate counsel is denied on the merits.

BENTON, WETHERELL, and SWANSON, JJ., CONCUR.